FILED
MAR -5 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Feb. 19, 2018

Judge John Z. Lee,

1. My name is Jimmy A. Boyd. I have been on a hunger strike since Feb. 13, 2018 because officer's plus my cellmate and possibly the laundry porter conspired by telling lies and by placing a razor blade on my clothing as I was being strip searched. The officer planted it in my pocket as he was searching them. I believe my cellmate conspired with him.

2. Altogether majority of my legal materials were stolen by officers/ my cellmate and other prisoners as my cell was shaken down while I was at hospital. Majority of my personal property were stolen as well as other inmates had access.

3. I'm on hunger strike due to this injustice official misconduct and I'm in fear of my safety plus the fear for the rest of my property being stolen by officers at this prison.

4. I'm not coming off the hunger strike until they expunge my ticket; let me out of Seg; transfer me to P.C. because I fear for my life/property and provide the relief that I requested in my grievance I filed replacing or reimbursing

page 1 of 2

me for my legal materials and personal property'.

5. This is being done to me because of State Officials are retialing against me for my continued legal proceedings.

6. I've realized since my arrival here the harrassment and retialin I've been subjected to and my grievances are mysteriously disappearing along with my legal/personal mail at times.

7. This is why I've asked my family to make phone calls to State Police/F.B.I. So I can punish those doing this and get an order of protection against officers for me and my property and hopefully they can interview me.

8. I'm told no visitors if I'm on hunger strike I question this?

9. I'm hoping I can somehow get my story checked out and relief can be on it's way to me.

10. I need to share with you Judge Lee what I'm being subjected to and why I can't file anything with court. I don't have my legal materials or writing supplies. They were stolen.
I'm concerned about receiving my legal/personal mail from the Clerks office to update me

about the Courts reulings in light of my current situation and past incidents with legal/mail problems in the past at this prison.
I have no hygeine products left and have not showered since Feb. 12, 2018. Barely no clothes left due to being taken.
I don't have any more envelopes, pen or paper to write or address legal affairs.
I filed a 3 page grievance; front & back with supporting ephibits relating to these matters. No relief to date.
I need help.

Sincerely,

Jimmy A. Boyd
Western C.C.
Mt. Sterling, Illinois
2500 Rt. 99 South
62353

ATT: Judge John Z. Lee
My Docket No. 12-cv-2965

Page 2 of 2

Nanette Lopez
4949 N. Kilpatrick Ave.
Chicago, Illinois
60630-1711

7016 3560 0000 9549 2146

CAROL STREAM IL 601
27 FEB 2018 PM2

RECEIVED
PC PB
2018 MAR -5 PM 8:25

United States District Court
219 South Dearborn St.
Chicago, Illinois
60604

60604-180099

INSPECTED BY THE
UNITED STATES
MARSHALS SERVICE

U.S. POSTAGE
PAID
CHICAGO, IL
60618
FEB 27, 18
AMOUNT
$3.45
R2305K140759-13

60604

03/05/2018-11




FSC MIX Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

20.8 MAR -5 AM 10:54

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**


© USPS 2016