**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Boyd ) | |
| ) | |
| ) | Case No: 12-cv-2965 |
| v. ) | |
| ) | Judge: John Z. Lee |
| ) | |
| ) | |
| Hardy et al ) | |

## ORDER

The Court has received Petitioner's letter dated 2/19/2018 [66]. Petitioner states that he has been on a hunger strike since 2/13/18 after his cellmate and a prison guard conspired to plant a razor on him during a strip search. Petitioner then states that much of his legal materials and personal property have been stolen, that he has been denied paper, hygiene materials and access to shower . Petitioner is advised that the Court is unable to address prison conditions on a petition for writ of habeas corpus. To address concerns about prison conditions that violate Petitioner's constitutional rights, Petitioner may file a complaint under 42 U.S.C. 1983. The Clerk shall mail a copy of this order to the Western Illinois Correctional Center so that the Warden is advised of Plaintiff's allegations of conditions.

_____
John Z. Lee
United States District Court Judge

3/9/18