Harold L John J Lee                                Jimmy A Boyd K68647
United State District Court                        Western C.C
219 South Dearborn Street                          2500 Rte. 99 South
Chicago, Illinois 60604                            Sterling, Illinois
                                                          62353
                                                   Feb. 19, 2018

**FILED**

MAR 12 2018 ENA

Judge John Z. Lee

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

My communications are under duress in light
of what I'm being subjected to including
the law librarian; Michelle Olson refusing
to come to my location and provide:
Legal Statutes, legal copies, Notaries for
affidavits and proof of services as
well as provide other legal assistance and
allow me to access my (2) legal boxes in
excess storage. I have written Michelle
Olson and Mr. Chandler requests on (3) three
occasions since Feb. 13, 2018 regarding
the aforementioned. No relief to date;
In closing it is not a coincidence the
timing of whats accuring in terms of my
legal proceedings to prevent me from timely
filing my amended Federal Habeas Corpus
Petition with Exhibits and Second Discovery
motion with Exhibits and appointment of
Counsel motion that was stolen from my
property by officers along with other
materials.

                    Sincerely,
                    Jimmy A. Boyd

ATT: Re, Docket No. 12-CV-2965

Honorable John Z. Lee

Nanette Lopez

4949 N. Kilpatrick

Chi, Il. 60630

Dear Judge John Z. Lee,

I had recently sent you a 1½ page letter from my son (Jimmy Anthony Boyd) who is currently at Western C.C., however in going over my paperwork (his letter) I didn't realize on back of letter he was not finished; so here is the rest of his letter that I pray you received and read. I have a bit of a memory problem and didn't realize this til days later.

Thankyou and please let Ms. Carmen know I thank her for her patience as well.

Sincerly,
Ms. Nanette Lopez

I truly wish I could have
shortened my Son's letter down
but everything is extremely urgent.
Again Thankyou very much for
your patience.

P.S. I had read somewhere a
judge does not want anything
over a 1 page letter. I didn't
know this til now. I apologize.
I'm only trying to help my son
who has been in for so long for
something he did not do.



Miss Nanette Lopez
4949 N. Kilpatrick Ave.
Chicago, IL 60630

CAROL STREAM IL 601

United States District Court
219 South Dearborn Street
Chicago, Illinois 60604

P.C.

ATT: Honorable John Z. Lee

60604-180099

03/12/2018-90

RECEIVED
2018 MAR 12 AM 9:46

